ROBERT F. BAKER, JR., BD9582
c/o CSP-Corcoran - CTC HU02, Cell B5
P.O. Box 3456
Corcoran, CA. 93232-3456
Attorney in Proprial Persona:

Need One Copy I Have None, please!

FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBERT F. BAKER, JR.,
           Plaintiff,
VS.
JAMES S. HILL WARDEN (A),
DANIEL CUEVA WARDEN (A),
CITY OF CORONA, COUNTY OF
RIVERSIDE, STATE OF CALI-
FORNIA, CALIFORNIA DEPART-
MENT OF CORRECTIONS AND
REHABILITATION, C.D.C.R.,
MEDICAL DEPARTMENT, AND
DOES ONE THRU FIFTY-FIVE,
ET AL.,
           Defendants.

Case No. EDCV23-411-JAK(SK)

PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER 42 USC § 1983 and 42 USC § 12101 OF THE AMERICANS WITH DISABILITY ACT, MOTION UNDER EXTRAORDINARY CIRCUMSTANCES, CONSPIRACY ONGOING TO OBSTRUCT JUSTICE, CAUSING IRREPERABLE INJURIES, POSSIBLE DEATH TO PLAINTIFF, DEMAND FOR JURY TRIAL and INJUNCTION

TO THE ABOVE PRESIDING JUDGE OF THE COURT:

I will be 75 yrs. old on April 1, 2023, and I am totally and permanently disable, unable to stand or walk, hearing impaired, macular degeneration, diabetic, high blood pressure. I need immediate Court help and counsel before I die.

DATED: March 3rd, 2023                  Respectfully Submitted,
" Confined to bed NO SIT UP" 24/7      (1)

(Please send me one copy, I have none.)

# EXHIBIT

Your Honor:                                    March 3, 2023

I do not do drugs, and I do not take any psych medications. My legal documents are continuously mixed up, trashed, lost, along with all my pleadings, denial of all my 602's, A.D.A. 1824's, 7225's, 7362's, Request For Interviews, everything, to stop me from proving state employees, police, district attorneys, etc. all ongoing conspiracy for years to "cover-up and obstruct justice."

I am not crazy, your Honor. I am NOW "CONFINED TO BED 24/7 SINCE January 10, 2023," and I am still incarcerated at Richard J. Donavan prison in San Diego, CA., sent to Corcoran 1/25/23 CTC Infirmary bed & NO ADA GRAB BAR, Library refusing me forms and wants 10¢ page for state forms, cannot get envelopes here at Corcoran, nothing over 1 month.

This Cover-Up & Conspiracy is as BIG as Rodney King, O.J. SIMPSON, BILL COSBY, etc. Please BELIEVE ME and HELP ME WITH COUNSEL! Thank you!



Robert Baker, Jr., BD9587
C/o CSP-CORCORAN-CTC H402 Cell B05
P.O. Box 3456
Corcoran, CA 93212-3456

Presiding Judge c/o
United States Central Federal Bldg. & Courthouse
325 East Temple Street
Los Angeles, CA 90012

LEGAL MAIL

CORCORAN STATE PRISON

US POSTAGE — PITNEY BOWES
ZIP 93212
02 4W
0000390423 MAR 06 2023
$ 000.60⁰

MAR - 8 2023

Corcoran State Prison

#9039
LEGAL MAIL 3/5/23